## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL HARDY**                                                                                    **PLAINTIFF**

**v.**                                   **Case No. 4:13-cv-00230 KGB**

**KARL BYRD, Individually and in his**
**Official Capacity as former Sheriff of**
**Faulkner County, Arkansas, ET AL.**                                                **DEFENDANTS**

## ORDER

Plaintiff Michael Hardy has moved to dismiss this matter without prejudice, each party to bear its own fees and costs (Dkt. No. 7), to which defendants have responded with no objection (Dkt. No. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's motion is granted (Dkt. No. 7), and the above-reference matter is hereby dismissed without prejudice, each party to bear its own fees and costs.

SO ORDERED this 20th day of February, 2014.

_____
Kristine G. Baker
United States District Judge